UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE JAMES, | No. 2:17-cv-1433 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. PRICE, et al., | |
| Defendants. | |

On November 30, 2018, defendant Austin filed a motion asking, among other things, that the court order plaintiff to appear for deposition. Plaintiff has not responded to the motion. Good cause appearing, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall file a response to defendant's motion. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 28, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

jame1433.46